UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

_____US_____,
　　　　　　　　Plaintiff(s),

v.

_____Osiris Bernal_____
　　　　　　　　Defendant(s).
-----------------------------------------------------------x

**CALENDAR NOTICE**

22 CR 252-3 (VB)

Filed/Stamped: 8/18/23

~~PLEASE TAKE~~ **NOTICE** that the above-captioned case has been ~~scheduled~~/ re-scheduled for: *(circled)*

___ Status conference

___ Telephone conference

___ Pre-motion conference

___ Settlement conference

___ Oral argument

___ Bench ruling on motion

___ Final pretrial conference

___ Jury selection and trial

___ Bench trial

___ Suppression hearing

___ Plea hearing

✓ Sentencing

on __8-29__, 20__23__, at __12:00 PM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __8-24-23__.

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __8-18__, 20__23__
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge